Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

★ JAN 22 2020 ★

LONG ISLAND OFFICE

Civil Division

|  |  |
|---|---|
| Christopher Quinn, Teignmouth Hall LLC | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| -v- | ) |
|  | ) |
| Crosby Capital USA LLC, Yonel Devico, Joseph | ) |
| DeRuscio, Anna Carley, Asset Based Lending, ABL1 | ) |
| LLC, ABL One LLC, Paul Ullman, Kevin Rodman, | ) |
| Law office of Steven Rubel..See Attached for addl. | ) |
| _____ | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names.)* | ) |

Case No. **CV 20 358**

*(to be filled in by the Clerk's Office)*

Jury Trial:  *(check one)*  ☑ Yes  ☐ No

# BROWN, J.

## LOCKE, M. J.

# COMPLAINT FOR A CIVIL CASE

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Christopher Quinn |
| Street Address | P.O. Box 689 |
| City and County | Saddle River |
| State and Zip Code | NJ 07458 |
| Telephone Number | 518-308-8525 |
| E-mail Address | legalfilingsquinn@gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name                                  Crosby Capital USA, LLC

Job or Title *(if known)*

Street Address                        1688 Meridian Ave

City and County                       Miami Beach, Dade County

State and Zip Code                    FL33139

Telephone Number

E-mail Address *(if known)*

Defendant No. 2

Name                                  Yonel Devico

Job or Title *(if known)*

Street Address                        6899 COLLINS AVE 2307

City and County                       Miami Beach Dade County

State and Zip Code                    FL 33140

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name                                  ABL Asset Based Lending, LLC

Job or Title *(if known)*

Street Address                        66 Hudson St #301

City and County                       Hoboken  Hudson County

State and Zip Code                    NJ 07030

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name                                  BRIDGE LANE NY LLC

Job or Title *(if known)*

Street Address                        55 NORTHERN BLVD STE 310

City and County                       Great Neck Nassau County

State and Zip Code                    NY 11201

Telephone Number

E-mail Address *(if known)*

# List of Defendants Continued

Quinn VS Crosby Capital Et Al


Crosby Capital USA, LLC
1688 Meridian Ave
Miami Beach, FL 33139

BRIDGE LANE NY LLC
55 NORTHERN BLVD STE 310
GREAT NECK, NEW YORK, 11021

Port Jefferson LLC
6899 Collins Ave 2307
Miami Beach FL 33141

ABL Asset Based Lending, LLC
66 Hudson St #301
Hoboken, NJ 07030

Steven Rubel, Esq
100 Merrick Rd # 340W,
Rockville Centre, NY 11570

Paul Ullman
66 Hudson St #301
Hoboken, NJ 07030

Kevin Rodman
66 Hudson St #301
Hoboken, NJ 07030


Bridge Lane NY, LLC
BRIDGE LANE NY LLC
55 NORTHERN BLVD STE 310
GREAT NECK, NEW YORK, 11021


Anna Carley
6899 Collins Ave 2307
Miami Beach FL 33141

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 U.S. Code CHAPTER 96—RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS
18 U.S. Code § 1341 - Frauds and swindles
18 U.S. Code CHAPTER 47—FRAUD AND FALSE STATEMENTS
Violations of section 4 of RESPA (12 U.S.C. 2603) Giving false statements on Federal form HUD-1

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

a.   If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the
State of *(name)* _____.

b.   If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated
under the laws of the State of *(name)* _____,
and has its principal place of business in the State of *(name)*
_____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

a.   If the defendant is an individual

The defendant, *(name)* _____, is a citizen of
the State of *(name)* _____. Or is a citizen of
*(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plaintiff obtained a purchase and construction loan for a property in Suffolk County NY in 2014 Due to the fraudulent and illegal nature of the loan, the project was stymied. The Defendants passed the note throught a sseries of illegal transfers through shell LLC companies in order to conceal ownership. Defendants also engaged in settlement talks with Defendant and his counsel while contemporaneously obtainiing a default judgement against him. Defendants were able to manipuate a local court to dscide in their favor on the matter of foreclosure, while concealing the illegal nature of the loan and note transfers. Massive damages were incurred by the borrower to the tune of almost $900,000 between cash and judgement, this describe the losses in cash and Court judgements only and is in addition to the loss of the subject property. It is difficult to tabulate the opportunity cost for the years lost in terms of possession of the subject property and free cash flow necessary for the management of the borrowers other operations in business

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Between actual cash damages and legal fees the Plaintiff has lost nearly $600,000. There is an additional local court judgement on the part of the Lender against the Plintiff for approximately $297,000. Total base claim is approximately $900,000. Under the Federal Statutes of Fraud the Federal Court may award the plaintiff entitled to treble damages and punitive damages for moneys lost and the Legal costs associated with this dispute. The Plaintiff also prays the Court that the asset in question 21 Bridge Lane Port Jefferson NY 11777 Parcel ID# 0201-008-00-02-00-008-000 be frozen via a Lis Pendens or similar legal apparatus while this complaint can be heard and decided by this Court.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:            01/22/2020

Signature of Plaintiff

Printed Name of Plaintiff            Christopher Quinn

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address