AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Christopher Quinn, Teignmouth Hall LLC, ) <br> *Plaintiff* ) <br> v. ) <br> Crosby Capital USA LLC, et al., ) <br> *Defendant* ) | Case No.   20-cv-00358 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Law Office of Steven Rubel

Date:   02/28/2020

*Attorney's signature*

Marian C. Rice
*Printed name and bar number*

L'Abbate, Balkan, Colavita & Contini, L.L.P.
1001 Franklin Avenue
Garden City, New York 11530
*Address*

mrice@lbcclaw.com
*E-mail address*

(516) 294-8844
*Telephone number*

(516) 294-8202
*FAX number*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Christopher Quinn, Teignmouth Hall LLC,   Case No. 20-cv-00358

                Plaintiffs,
      -v-   **AFFIDAVIT OF SERVICE**

Crosby Capital USA LLC, Yonel Devico, et al.,

                Defendants.
-----------------------------------------------------------X

STATE OF NEW YORK  )
                           ) ss.:
COUNTY OF NASSAU   )

      DENISE MITCHELL, being duly sworn, deposes and says that deponent is not a party to the within action, is over 18 years of age and resides in Nassau County, New York.

      That on the 2nd day of March, 2020, deponent served the within **NOTICE OF APPEARANCE by Marian C. Rice** upon:

    Christopher Quinn
    P.O. Box 689
    Saddle River, NJ 07458

    Teignmouth Hall LLC
    21 Bridge Lane
    Port Jefferson, NY 11777

the respective party(ies) in this action, at the above address(es) designated by said party(ies) for that purpose by depositing same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

                                                                   DENISE MITCHELL

Sworn to before me this
2nd day of March, 2020.

_____
Notary Public

MIRANDA A. JOE
Notary Public, State of New York
No. 01JO6158380
Qualified in Nassau County
Commission Expires January 2, 2019