Barry M. Golden, Esq.
**HASBANI & LIGHT, P.C.**
*Attorneys for Defendants*
450 Seventh Ave, Suite 1408
New York, NY 10123
Tel: (212) 643-6677
Email: bgolden@hasbanilight.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CHRISTOPHER QUINN, TEIGNMOUTH HALL LLC, Case No.: 2:20-cv-00358-GRB-SIL

                       Plaintiffs,

        -against -                    **AFFIRMATION OF SERVICE**

CROSBY CAPITAL USA LLC, BRIDGE LANE NY LLC, PORT JEFFERSON LLC, YONEL DEVICO, JOSEPH DERUSCIO, ANNA CARLEY, ASSET BASED LENDING, LLC, ABL 1 LLC, ABL ONE LLC, PAUL ULLMAN, KEVIN RODMAN, LAW OFFICE OF STEVEN RUBEL,

                    Defendants.
------------------------------------------------------------------X
STATE OF NEW YORK   )
                              ): ss
COUNTY OF NEW YORK  )

      Barry M. Golden, Esq., an attorney duly admitted to practice law in the State of New York affirms the truth of the following under the penalty of perjury:

      I, Barry M. Golden, Esq., am over eighteen (18) years of age, I am not a party to this action, and I reside in New York County in the State of New York. On March 2, 2020, I served the within

**ELECTRONIC ORDER**

by first-class mail return by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

Christopher Quinn
Pro Se Defendant
P.O. Box 689
Saddle River, New Jersey 07458

                                                  */s/ Barry M. Golden*
                                                  BARRY M. GOLDEN, ESQ.