UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CHRISTOPHER QUINN, TEIGNMOUTH HALL LLC,  **Case No.: 2:20-cv-00358-GRG-SIL**

Plaintiffs

-against-

CROSBY CAPITAL USA LLC, YONEL DEVICO, JOSEPH DERUSCIO, ANNA CARLEY, ASSET BASED LENDING, ABLI LLC, ABL 1 LLC, ABL ONE LLC, PAUL ULLMAN, KEVIN RODMAN, LAW OFFICE OF STEVEN RUBEL, et al.

Defendants.
-------------------------------------------------------------------X

## **ORDER TO SHOW CAUSE**

Upon the Memorandum of Law of Seth D. Weinberg dated April 3, 2020, the Declaration of Seth D. Weinberg dated April 3, 2020 with attached exhibits, and the pleadings filed in the above referenced matter it is hereby;

**ORDERED**, that the Plaintiffs show cause before this Court, at Courtroom ____, at the Federal Courthouse for the United States District Court for the Eastern District of New York located at 100 Federal Plaza, Central Islip, New York 11722 on April ___, 2020, at ___ o'clock in the _____noon thereof, or as soon thereafter as counsel may be heard, why an order should not be entered vacating the Notice of Pendency filed in the Suffolk County Clerk's Office on January 23, 2020; and it is further

**ORDERED** that a copy of this order together with the papers upon which it is granted, be served by U.S.P.S Priority Mail Express (or another means of Overnight shipment) upon the Plaintiffs on or before April ___, 2020, and that such service be deemed good and sufficient.

1

Dated: Central Islip, New York
     April __, 2020

_____
Hon. Judge Gary R. Brown
United States District Judge