

# HASBANI & LIGHT, P.C.

## ATTORNEYS AT LAW

450 Seventh Ave
Suite 1408
New York, NY 10123

Seth D. Weinberg
T. 212.643.6677
F. 347.491.4048
sweinberg@hasbanilight.com

*Licensed in NY*

May 20, 2020

**<u>VIA ECF</u>**
Honorable Judge Gary R. Brown
U.S. District Court for the Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      RE:    *Christopher Quinn, et al v. Crosby Capital USA LLC, et al.*
                 Docket Number: 2:20-cv-00358-GRB-SIL

Dear Judge Brown:

We are counsel for Defendants, Crosby Capital USA, LLC ("Crosby Capital"), Port Jefferson, LLC ("Port Jefferson"), Bridge Lane NY, LLC ("Bridge Lane"), Yonel Devico ("Devico"), Joseph DeRuscio ("DeRuscio"), and Anna Carley ("Carley") (collectively the "Defendants"). You granted Defendant's Motion seeking an order to cancel the filed Notice of Pendency on May 11, 2020. *See* ECF Dkt. No. 44. You directed us to submit an order, if necessary, for execution. *See id.* We have been unable to locate an email address for chambers in the Court's Rules and have not been able to get a hold of anyone in chambers via telephone. Accordingly, a copy of the proposed order is attached hereto. Please let us know if a Microsoft Word version of the proposed order is necessary and we will provide it immediately.

We thank this Court for its time and consideration of this matter.

                    Sincerely,

                    */s/ Seth D. Weinberg*