UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CHRISTOPHER QUINN, TEIGNMOUTH HALL LLC,    Case No.: 2:20-cv-00358-GRB-SIL

                       Plaintiffs,

              -against -

CROSBY CAPITAL USA LLC, BRIDGE LANE NY
LLC, PORT JEFFERSON LLC, YONEL DEVICO,
JOSEPH DERUSCIO, ANNA CARLEY, ASSET
BASED LENDING, LLC, ABL 1 LLC, ABL ONE
LLC, PAUL ULLMAN, KEVIN RODMAN, LAW
OFFICE OF STEVEN RUBEL,

                     Defendants.
-------------------------------------------------------------------X

## <u>ORDER VACATING THE NOTICE OF PENDENCY</u>

**GARY R. BROWN**, United States District Judge:

On January 22, 2020, the Plaintiffs Christopher Quinn and Teignmouth Hall LLC (collectively the "Plaintiffs") commenced this action seeking a judgment pursuant to 18 U.S.C. §§ 1961, 1001, 1341 and Chapter 47. This action also seeks judgment pursuant to the Dodd Frank Mortgage Reform Act, and 15 U.S.C. 1631.

On January 23, 2020, Plaintiff Christopher Quinn filed a Notice of Pendency in the Suffolk County Clerk's Office referencing the instant action as its basis. The Notice of Pendency was recorded against the real property located in Suffolk County and known as 21 Bridge Lane, Port Jefferson, New York 11777 (District 0201 Section 008.00 Block 02.00 Lot 008.000) (the "Property"). A copy of this Notice of Pendency is annexed hereto as **Exhibit A**.

On April 3, 2020, Defendants Bridge Lane NY LLC, Anna Carley, Crosby Capital USA LLC, Joseph DeRuscio, Yonel Devico and Port Jefferson LLC (collectively the "Defendants") filed an Order to Show Cause (the "Order to Show Cause") seeking an order cancelling the Notice

1

of Pendency filed in the Suffolk County Clerk's Office by the Plaintiff Christopher Quinn. *See* ECF Dkt. No. 30.

On April 6, 2020, this Court executed the Order to Show Cause and scheduled oral argument for April 17, 2020. The Court also ordered that the Defendants serve a copy of the Order to Show Cause upon the Plaintiff's by Overnight Mail. Defendants complied with this order and served the Plaintiffs with a complete copy of the Order to Show Cause on April 6, 2020. *See* ECF Dkt. No. 31.

On April 10, 2020, the Plaintiff interposed opposition to the Order to Show Cause.

On April 14, 2020, the Plaintiffs contacted this Court and requested an adjournment of the previously scheduled oral argument. *See* ECF Dkt No. 32. On April 15, 2020, this Court granted this request and adjourned the oral argument for the Order To Show Cause until May 11, 2020. The Court directed the Defendants to reserve a copy of this electronic order and a complete copy of the Order to Show Cause upon the Plaintiffs by Overnight Mail. Defendants served the additional copy of the Order to Show cause by Overnight Mail on April 22, 2020. *See* ECF Dkt. No.

On May 11, 2020, this Court conducted oral argument regarding the Order to Show Cause.

**IT IS HEREBY ORDERED** that the Defendant's Order to Show Cause is granted;

**IT IS HEREBY FURTHER ORDERED** that the Suffolk County Clerk's Office is directed to cancel and discharge the Notice of Pendency dated January 23, 2020 and recorded in the Suffolk County Clerk's Office on January 23, 2020 under sequence number 320360 against the real property known as 21 Bridge Lane, Port Jefferson, New York 11777 (District 0201 Section 008.00 Block 02.00 Lot 008.000) and annexed to this Order as **Exhibit A**.

Dated: Central Islip, New York
_____, 2020

**SO ORDERED.**

_____
Gary R. Brown
United States District Judge