A



**Type of Instrument:**   LIS PENDENS
**Recorded:**   1/23/2020
**Index Number:**   20 00383                **Sequence Number:**   320360
**Plaintiff(s) :**

QUINN, CHRISTOPHER

**Defendant(s) :**

CROSBY CAPITAL

**Attorney(s) :**

# FEDERAL COURT FOR THE EASTERN DISTRICT OF NY CIVIL DIVISION (C)

------------------------------------------------X

CHRISTOPHER QUINN, TEIGNMOUTH HALL LLC . 20 - 00383

-VS- File No. CV 20 358

CROSBY CAPITAL LLC, CROSBY CAPITAL USA LLC, ABL ONE LLC, PORT JEFFERSON LLC. BRIDGE LANE NY LLC, YONEL DEVICO, ANNA CARLEY, JOSEPH DERUSCIO, PAUL ULLMAN, KEVIN RODMAN, STEVEN RUBELL et al.

------------------------------------------------X

## NOTICE OF PENDENCY

TO:   THE CLERK OF THE COUNTY OF SUFFOLK
NOTICE IS HEREBY GIVEN, that actions are pending in this Court and the federal

Eastern District of the State of New York upon an appeal and Complaint, respectively, of CHRISTOPHER QUINN against ABL ONE, LLC with regard to a Federal Lender Fraud proceeding for, and which affects, the real property located at and commonly known as 21 Bridge Lane, Port Jefferson, County of Suffolk, State of New York, SBL 008.00-02.00-008.000, as more particularly described in Schedule A annexed hereto and a part hereof.

Eastern District of the State of New York upon an appeal and Complaint, respectively, of CHRISTOPHER QUINN against ABL ONE, LLC with regard to a Federal Lender Fraud proceeding for, and which affects, the real property located at and commonly known as 21 Bridge Lane, Port Jefferson, County of Suffolk, State of New York, SBL 008.00-02.00-008.000, as more particularly described in Schedule A annexed hereto and a part hereof.

The Clerk of the County of Suffolk is directed to index this notice to the names of all of the Defendant(s).

Dated: Port Jefferson, New York

January 22ᵈ, 2020

CHRISTOPHER QUINN

CHRISTOPHER QUINN PLAINTIFF

PO BOX 689
SADDLE RIVER NJ 07458

BEGINNING at a point in the northerly line of Upper Devon Road where the same is intersected by the dividing line between Plot Nos. 73 and 74 at Monument No. 145-B, as shown on a map of a portion of Belle Terre Estates, filed in the Office of the Clerk of the County of Suffolk on the 3rd day of November 1910, by the File No. 469; RUNNING THENCE along said dividing line north 03 degrees 55 minutes east one hundred seventy-eight and six-tenths (178.6) feet to the southerly line of High Path at Monument No. 145-B; THENCE north 03 degrees 55 minutes east thirty-three and five-tenths (33.5) feet to a point in High Path; THENCE along High Path south 84 degrees 15 minutes east seventy and one-tenth (70.1) feet; THENCE along said path on a curve to the left having a radius of three hundred forty-six and nine-tenths (346.9) feet and the chord of which curve bears north 87 degrees 48 minutes east and has a length of ninety-nine (99) feet a distance of ninety-nine and three-tenths (99.3) feet; THENCE on a curve to the right having a radius of forty-four and seven-tenths (44.7) feet and the chord of which curve bears south 67 degrees 14 minutes east and has a length of forty-eight and six-tenths (48.6) feet, a distance of fifty-one and three-tenths (51.3) feet to the center line of Bridge Lane; THENCE along the line of said Lane south 34 degrees 19 minutes east one hundred and nine and two-tenths (109.2) feet; THENCE along said line of said Lane on a curve to the right having a radius of four hundred and fifty-four and five-tenths (454.5) feet and the chord of which curve bears south 32 degrees 12 minutes east and has a length of thirty-three and seven-tenths (33.7) feet, a distance of thirty-three and seven-tenths (33.7) feet; THENCE on a curve to the right having a radius of fifty (50) feet and the chord of which curve bears south 24 degrees 55 minutes west and has a length of eighty-one and nine-tenths (81.9) feet, a distance ninety-six (96) feet to the center line of Upper Devon Road; THENCE along said line of said road on a curve to the right having a radius of ten hundred and fifty-two and eight-tenths (1052.8) and the chord of which curve bears south 87 degrees 23 minutes west and has a length of two hundred and seventy-four (274) feet, a distance of two hundred seventy-four and eight-tenths (274.8) feet; THENCE north 03 degrees 55 minutes east sixteen (16) feet to the point of place or beginning containing within said bounds one and thirty-seven one-hundredths of an acre (1.37 acres) be the same more or less, the said premises being shown on said map as Plot No. 74.