

450 Seventh Ave
Suite 1408
New York, NY 10123

Barry M. Golden
T. 212.643.6677
F. 347.491.4048
bgolden@hasbanilight.com

*Licensed in NY*

July 6, 2020

**Via ECF**
Honorable Judge Gary R. Brown
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    RE: Christopher Quinn, et al v. Crosby Capital USA LLC, et al.
       Docket Number: 2:20-cv-00358-GRB-SIL

Dear Hon. Judge Brown:

We are counsel for Defendants, Crosby Capital USA, LLC ("Crosby Capital"), Port Jefferson, LLC ("Port Jefferson"), Bridge Lane NY, LLC ("Bridge Lane"), Yonel Devico ("Devico"), Joseph DeRuscio ("DeRuscio"), and Anna Carley ("Carley") (collectively, "Defendants"). We write to update the Court on the pro se plaintiff Christopher Quinn's (the "Plaintiff") failure to file his opposition to Defendants' motion to dismiss ("Plaintiff's Opposition"), due July 1, 2020 pursuant to your Honor's Order on April 27, 2020.

Defendants have not received Plaintiff's Opposition even though the deadline has passed, nor has Plaintiff's Opposition been filed on ECF. Therefore, Defendants respectfully request that the Court allow Defendants to file their motion to dismiss (the "Motion to Dismiss") unopposed.

We thank the Court for its time and consideration of this matter.


 Sincerely,

**HASBANI & LIGHT, P.C.**

*/s/ Barry M. Golden*
Barry M. Golden, Esq.
Attorneys for Defendants