**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
CHRISTOPHER QUINN and TEIGNMOUTH
HALL LLC,

                   Plaintiffs,

         - against -

CROSBY CAPITAL USA LLC, YONEL
DEVICO, JOSEPH DERUSCIO, ANNA
CARLEY, ASSET BASED LENDING, ABL
ONE LLC, PAUL ULLMAN, KEVIN
RODMAN, LAW OFFICE OF STEVEN
RUBEL, ABL ASSET BASED LENDING,
LLC, BRIDGE LANE NY LLC, PORT
JEFFERSON LLC, STEVEN RUBEL, ESQ.,
DAVID SHAULIAN, ABL TWO LLC, ABL
THREE LLC, and ASSET BASED
MANAGERS LLC,

                   Defendants.
------------------------------------------------------------X

                   **JUDGMENT**
                   CV 20-358 (GRB) (SIL)

An electronic Order Dismissing Parties of the Honorable Gary R. Brown, United States District Judge, having been filed on August 19, 2020, dismissing Plaintiff Teignmouth Hall, LLC; and an electronic Order Adopting Report and Recommendations of the Honorable Gary R. Brown, United States District Judge, having been filed on July 6, 2021, adopting the May 8, 2021 Report and Recommendation of United States Magistrate Judge Steven I. Locke in its entirety; granting Defendants Steven Rubel and Steven Rubel, Esq's motion to dismiss; granting Defendants ABL Asset Based Lending, LLC, ABL One LLC, ABL Three LLC, ABL Two LLC, ABL1 LLC, Asset Based Lending, Asset Based Managers LLC, Kevin Rodman and Paul Ullman's motion to dismiss; granting Defendants Bridge Lane NY LLC, Anna Carley, Crosby Capital USA LLC, Joseph DeRuscio, Yonel Devico, Law Office of Steven Rubel, Port Jefferson LLC, Kevin Rodman, Steven Rubel, Esq., and David Shaulian's motion to dismiss; dismissing

the Amended Complaint with prejudice; and respectfully directing the Clerk of the Court to close the case, it is

**ORDERED AND ADJUDGED** that Plaintiffs Christopher Quinn and Teignmouth Hall LLC, take nothing of Defendants Crosby Capital USA LLC, Yonel Devico, Joseph DeRuscio, Anna Carley, Asset Based Lending, ABL1 LLC, ABL One LLC, Paul Ullman, Kevin Rodman, Law Office of Steven Rubel, ABL Asset Based Lending, LLC, Bridge Lane NY LLC, Port Jefferson LLC, Steven Rubel, Esq. David Shaulian, ABL Two LLC, ABL Three LLC and Asset Based Management LLC.; that Defendants' motions to dismiss are granted; that the Amended Complaint is dismissed with prejudice; and that this case is closed.


Dated:   July 7, 2021
         Central Islip, New York


                                        DOUGLAS C. PALMER
                                        CLERK OF THE COURT
                              By:    /s/ James J. Toritto
                                        Deputy Clerk

2