FORM 1

**RECEIVED**

AUG 0 4 2021     NOTICE OF APPEAL

**EDNY PRO SE OFFICE**

*★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★*

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   AUG 0 3 2021   ★

**LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
FOR THE
*Eastern*   DISTRICT OF *New York ( Central Islip )*

*Quinn et al    vs.*
*Crosby Capital et al*

NOTICE OF APPEAL

*2:20-cv-00358-GRB-SIL*
Docket No.

Notice is hereby given that ___*Christopher Quinn*___
(party)

hereby appeals to the United States Court of Appeals for the Second Circuit from the decision

(describe it)

entered in this action on the __*4th*__ day of __*August*__, 20 *21*

_____
Signature

___*Christopher Quinn*___
Printed Name

___*P.O. Box 689*___
Address

___*Saddle River NJ 07458*___

___*(58) 480 7830*___
Telephone No. (with area code)

Date: ___*8/4/2021*___

RECEIVED

AUG 0 4 2021

EDNY PRO SE OFFICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   AUG 03 2021   ★

LONG ISLAND OFFICE

PRO SE OFFICE

RE: CHRISTOPHER QUINN -v- CROSBY CAPITAL USA, LLC, et al.

CASE NO: 2:20-CV-00358-GRB-SIL

- NOTICE OF APPEAL -