CLERK OF U.S. DISTRICT COURT, EDNY
100 FEDERAL PLAZA
CENTRAL ISLIP, NEW YORK 11722

OFFICIAL BUSINESS

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 24 2022 ★

LONG ISLAND OFFICE

NEOPOST
02/28/2022
US POSTAGE $000.53

FIRST-CLASS MAIL

Christopher Quinn
PO BOX 689
Saddle River

NIXIE        876     DE 1              0003/21/22

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

ANK
11722>4438
07458$0689 B004

BC: 11722443800      *0602-10788-28-47

**MANDATE**

UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★　MAR 2 4 2022　★

LONG ISLAND OFFICE

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of January, two thousand twenty-two,

---

Christopher Quinn,

　　　Plaintiff - Appellant,

Teignmouth Hall LLC,

　　　Plaintiff,

v.

Crosby Capital USA LLC, Yonel Devico, Joseph DeRuscio, Anna Carley, Asset Based Lending, ABL One LLC, Paul Ullman, Kevin Rodman, Law Office of Steven Rubel, ABL Asset Based Lending, LLC, Bridge Lane NY LLC, Port Jefferson LLC, Esq. Steven Rubel, David Shaulian, ABL Two LLC, ABL Three LLC, Asset Based Managers LLC,

　　　Defendants - Appellees,

ABL1 LLC,

　　　Defendant.

**ORDER**
Docket Number: 21-1937

---

A notice of appeal was filed on August 3, 2021. Appellant's brief and any required appendix, due December 29, 2021, has not been filed. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal is dismissed effective January 31, 2022 if the brief and any required appendix are not filed by that date. No extension of time to file will be granted.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit



For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

MANDATE ISSUED ON 03/24/2022